FILED BY [signature] D.C.
SEP 08 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

# UNITED STATES DISTRICT COURT

for the

District of

Division

Bailey Nicholas Blucher
A.K.A.
"""Sarah Lee Rodriguez"-Blucher"
A.K.A.
Faith Boo Blucher-Rodriguez

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Donald J. Trump S.R.

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ______________________

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Faith Boo Blucher-Rodriguez

All other names by which you have been known: "Sarah Lee Rodriguez"-Blucher, Bailey Nicholas Blucher

ID Number:

Current Institution:

Address: 3400 Lincoln Ave. (47714)

Evansville (City) I.N. (State) 47714 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Donald J. Trump S.R.

Job or Title *(if known)*: (President of the U.S.A.)

Shield Number:

Employer:

Address:

City: State: Zip Code:

☐ Individual capacity ☐ Official capacity

Defendant No. 2

Name:

Job or Title *(if known)*:

Shield Number:

Employer:

Address:

City: State: Zip Code:

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name ______________________

Job or Title *(if known)* ______________________

Shield Number ______________________

Employer ______________________

Address ______________________

______________________ ________ ______________
*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ______________________

Job or Title *(if known)* ______________________

Shield Number ______________________

Employer ______________________

Address ______________________

______________________ ________ ______________
*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Personal Rights, My Banking Rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

•Mr. Trump (S.R.) attempted w/ attorty to search + seize my banking(s) accounts while he was in office. He also successful did that, due to me spending Between 186 trillion + (to) 194 trillion. (Ask on phone or video visit while I'm still in Evansville. + Nancy (G-unit) is my caseworker. (812)-469-6800

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☑ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Bloomington, I.N. Between 2023 to 2026

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Richmond, I.N. 2023 + Evansville, I.N 2024-2026

C. What date and approximate time did the events giving rise to your claim(s) occur?

(Don't have an exact time)
Between February to october of 2023 + Between 2024 to 2026 (Don't have an exact time)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

- I kept being hacked (Donald Trump's hackers team)
- My Bankings was locked up (Donald Trump + Mr. Bresson)
- I was institutionalized (Trump/Harris/ Jail of Bloomington/ + Judge)
- My assets was locked up. (Trump S.R. + Bresson + Ratcliffe)
- I keep being locked up not fairly + my charges got Dropped w/out talking w/ Detectives or Feds.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- While I was in Richmond my mouth (in the inside) was split open. The regular medical team assisted me.
- Due to Trump S.R. & Mrs. Harris allowing Russell Kindred + others to hack one or a few of many others to even my Soul(s) & put them half way upside down. This can be checked through Encodement Records.

VI. **Relief**

- I want the receipts for everything I purchased even of what I made + the receipts of my lawyers.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- I want me + my family to not be infected, not hurt nor, killed.
- I want my Buisnesses.
- I want between 500 Million to 10 Billion
- I want Pations that I've wrote plus my 3 in 1 wish to be printed & (re)certified if of the two I mean.
- I want to be able to be morphed + fixed to "Female, non she-male"
- I want Justice for the babies that was killed by the state workers.
- I want to be able to forever to have my Encodement Cards w/out deathful hacks.
- I want all the sonar grams that was made wircless to be brought up.
- ~~I want my attornies that I [illegible]~~

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [x] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

- Richmond State Hospital (Richmond, I.N.)
- Bloomington (Monroe County) jail
- Evansville State Hospital (Evansville, I.N.)

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [x] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [ ] No
- [x] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

-Evansville State Hospital (I.N. 47714)

2. What did you claim in your grievance?

my name was (before I came to E.S.H.) changed by (Monroe County) Jail-Commander Gibbons.

3. What was the result, if any?

They said they'd talk w/ Pugh + Mr. Wedding (Superintendent) & never (as long as I know) did report it.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I didn't get a chance to appeal it.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

Because I didn't know I could write a grievence based on being in a commitment

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

•N.A.A.C.P. of Rhode Island, I.N., Ohio
•A.C.L.U. of Indianapolis, I.N.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. •I want apoligies + convicts for my babies being killed. + I put cameras up for the trueth through Encodement in the corners.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ____________________

   Defendant(s) ____________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☐ No

* I'm attempting to because of the seriousness of all this. *

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ______
   Defendant(s) ______

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______

3. Docket or index number

   ______

4. Name of Judge assigned to your case

   ______

5. Approximate date of filing lawsuit

   ______

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition ______

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ______

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/29/2026

Signature of Plaintiff: Faith Boo Blucher-Rodriguez

Printed Name of Plaintiff: Faith Boo Blucher-Rodriguez

Prison Identification # ______

Prison Address ______

City ______ State ______ Zip Code ______

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Address ______

City ______ State ______ Zip Code ______

Telephone Number ______

E-mail Address ______

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Donald J. Trump J.R. (President of the U.S.A
was received by me on *(date)* ________________ .

☐ I personally served the summons on the individual at *(place)* ________________
________________ on *(date)* ________________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________________
________________ , a person of suitable age and discretion who resides there,
on *(date)* ________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________________
________________ on *(date)* ________________ ; or

☐ I returned the summons unexecuted because ________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________________

________________
*Server's signature*

________________
*Printed name and title*

________________
*Server's address*

Additional information regarding attempted service, etc:

Faith (B.)oo Blucher-Rodriguez
"Sarah (L.)ee Rodriguez Blucher
Bailey Nichols Blucher
Evansville State Hospital
3400 Lincoln Ave.
Evansville, I.N. (47714)

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 47714
02 7H
0006121274
$ 003.43⁰
SEP 02 2026

RECEIVED
SEP 08 2026
FTP
CLEARED X-RAY

Aileen Cannon
101 S. U.S. Highway 1
Ft. Pierce, Florida 34950